No. 86–1278. HUSTLER MAGAZINE, INC., ET AL. *v.* FALWELL. C. A. 4th Cir. Motions of Richmond Newspapers, Inc., et al. and Reporters Committee for Freedom of the Press for leave to file briefs as *amici curiae* granted. Certiorari granted. ▄▄▄▄

No. 86–6060. YATES *v.* AIKEN, WARDEN, ET AL. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. ▄▄▄▄

No. 86–6109. MATHEWS *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question I presented by the petition. ▄▄▄▄

No. 85–1702. NORFOLK & WESTERN RAILWAY CO. *v.* LANCASTER. C. A. 7th Cir. Certiorari denied. ▄▄▄▄

No. 86–898. PREWITT *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied. ▄▄▄▄

No. 86–923. TOYOTA OF BERKELEY *v.* AUTOMOBILE SALESMEN'S UNION, LOCAL 1095, UNITED FOOD & COMMERCIAL WORKERS UNION. C. A. 9th Cir. Certiorari denied. ▄▄▄▄

No. 86–925. BARNES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▄▄▄▄

No. 86–952. FIERRO *v.* BOWEN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied. ▄▄▄▄

No. 86–1026. SCHIFF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▄▄▄▄

No. 86–1071. ALASKA *v.* LYNG, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied. ▄▄▄▄